UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DARLENE CREAMER | § § § | |
| v. | § § § § | CIVIL ACTION NO. 9:22-cv-00051<br>(Jury Trial Demanded) |
| DOLGENCORP OF TEXAS, INC.<br>D/B/A DOLLAR GENERAL | § § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff DARLENE CREAMER and Defendant DOLGENCORP OF TEXAS, INC. in the above-styled and numbered cause of action, and file this, their Agreed Motion for Dismissal with Prejudice and as grounds therefor would show unto the Court that the parties herein have entered into an accord and settlement in this cause and that the consideration for such settlement has agreed to be paid in full and that the parties have agreed that an Order for Dismissal should be entered as to the Defendant DOLGENCORP OF TEXAS, INC.

Respectfully submitted,

**LUCERO | WOLLAM, P.L.L.C.**

BY:   /s/ Stefan A. Ginnard
        GINA A. LUCERO
        State Bar No.: 00791144
        Federal Bar No.: 19949
        **Attorney-In-Charge**
        STEFAN A. GINNARD
        State Bar No.: 24086440
        Federal Bar No.: 2895693
        1776 Yorktown, Suite 100
        Houston, Texas 77056
        Telephone: (713) 225-3400
        Facsimile: (713) 225-3300
        Email: glucero@lucerowollam.com
        Email: sginnard@lucerowollam.com

COUNSEL FOR DEFENDANT
DOLGENCORP OF TEXAS, INC.

-and-

Respectfully submitted,

**BRAD ELROD, ATTORNEY AT LAW, PLLC**

BY: _____
BRAD ELROD
State Bar No.: 24087471
130 S. Charlton Street
Woodville, Texas 75979
Telephone: (409) 283-8288
Facsimile: (409) 283-8078
Email: brad@elrodlawtx.com

**COUNSEL FOR PLAINTIFF
DARLENE CREAMER**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of August, 2023, the foregoing instrument was electronically filed the foregoing instrument with the Clerk of Court using the Court's CM/ECF system. Pursuant to Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3), the following counsel of record shall be served with a true and correct copy of this instrument by operation of the Court's CM/ECF system:

*Via Electronic Service:*
Brad Elrod
Brad Elrod, Attorney at Law, PLLC
130 S. Charlton Street
Woodville, TX 75979

/s/ Stefan A. Ginnard_____
STEFAN A. GINNARD

2