IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DARLENE CREAMER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-00051 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| DOLGENCORP OF TEXAS, INC. | § | |
| D/B/A DOLLAR GENERAL | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Agreed Motion for Dismissal with Prejudice. [Dkt. 28]. The Parties advise that they have entered into an accord and settlement in this cause and now seek a dismissal with prejudice herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 22nd day of August, 2023.**

Michael J. Truncale
United States District Judge